UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

**NOTICE OF MOTION**
**FOR DEFAULT JUDGMENT**

07-CIV-6157 (GBD)

Plaintiffs,

-against-

DELL-TECH ENTERPRISES, INC.,

Defendant.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Affidavit of JAMES M. STEINBERG, ESQ., sworn to on the 14th day of August, 2007, Plaintiffs' Statement of Damages, and upon all of the prior papers and proceedings heretofore served and had herein, Plaintiffs, by their attorneys BRADY McGUIRE & STEINBERG, P.C., will move this court, at the United States Courthouse located at 500 Pearl Street, New York, New York, before the Honorable George B. Daniels, at a date and time to be scheduled by the Court, for a judgment of default against Defendant DELL-TECH ENTERPRISES, INC. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure in the amount

of $11,903.80, together with such other and further relief as this Court may deem just, proper and equitable.

Dated: Hastings-on-Hudson, New York
       August 14, 2007

                              Respectfully submitted, STEINBERG, P.C.

                              By: _____
                                  James M. Steinberg (JS-3515)
                                  Attorneys for Plaintiffs
                                  603 Warburton Avenue
                                  Hastings-on-Hudson, New York 10706
                                  (914) 478-4293

TO:    DELL-TECH ENTERPRISES, INC.
         One Pinnacle Drive
         Dix Hills, New York 11746