UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES     **CLERK'S CERTIFICATE**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and            07-CIV-6157 (GBD)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                        Plaintiffs,

        -against-

DELL-TECH ENTERPRISES, INC.,

                        Defendant.
-----------------------------------------------------------------X

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 2, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint was personally served on Defendant DELL-TECH ENTERPRISES, INC. on July 19, 2007, by, a process server, personal service upon Anna Newdelgadro, the Office Manager of Defendant DELL-TECH ENTERPRISES, INC., and proof of service was filed on July 25, 2007 through the ECF System.

    I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint herein. The default of the Defendant is hereby noted.

Dated: New York, New York
        August 16, 2007

                                              J. MICHAEL McMAHON
                                              Clerk of the Court

                              By: _____
                                    Deputy Clerk