UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,         **STATEMENT**
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES   **OF DAMAGES**
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and         07-CIV-6157 (GBD)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                  Plaintiffs,

-against-

DELL-TECH ENTERPRISES, INC.,

                  Defendant.
------------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $8,253.73 |
| Interest at 9.25% (prime rate of 8.25% *plus* 1.0%, as prescribed by the Plan) from August 1, 2006 through August 14, 2007: | $793.16 |
| Statutory Damages: | $793.16 |
| Attorneys' Fees: | $1,638.75 |
| *Costs and Disbursements:* Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $75.00 |
| TOTAL: | $11,903.80 |