EXHIBIT "C"

## HOURS EXPENDED BY COUNSEL

6/28/07

    JMS   Drafted, revised and finalized Summons and Complaint for delinquent contributions; Prepared civil cover sheet and Rule 1.9 Statement to be filed with court        2.5 hrs

7/25/07

    JMS   Prepared Summons with Proof of Service for filing through ECF System with copy to Clerk of Court        0.25 hrs

8/14/07

    JMS   Prepared Default Judgment Motion for filing and service on Defendant        3.0 hrs

**Total:**        **5.75 hrs**