UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE ANNUITY, WELFARE, APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 15, 15A, 15C and 15D, AFL-CIO by its TRUSTEES
JAMES T. CALLAHAN, WILLIAM H. HARDING,
LYNN A. MOUREY and ROBERT SHAW, and JOHN and        07-CIV-6157 (GBD)
JANE DOE, as Beneficiaries of the ANNUITY, WELFARE,
APPRENTICESHIP SKILL IMPROVEMENT & SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 15, 15A, 15C and 15D, AFL-CIO,

                       Plaintiffs,

-against-

DELL-TECH ENTERPRISES, INC.,

                       Defendant.
------------------------------------------------------------------------X

### CERTIFICATE OF SERVICE

    I, James M. Steinberg, hereby certify under penalty of perjury that on August 16, 2007, I served *via* regular U.S. Mail, the individuals whose addresses appears below, with a copy of the enclosed Plaintiffs' Motion for a Default Judgment:

DELL-TECH ENTERPRISES, INC.
One Pinnacle Drive
Dix Hills, New York 11746

                                    James M. Steinberg, Esq. (JS-3515)