# BRADY McGUIRE & STEINBERG

ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4295
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

ROBERT D. BRADY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 21 2007

August 16, 2007

**SO ORDERED**

*/s/ George B. Daniels*

HON. GEORGE B. DANIELS
AUG 2 1 2007

The Honorable George B. Daniels
United States District Court
500 Pearl Street
New York, New York 10007-1312

Re:  The Annuity, Welfare and Apprenticeship Skill Improvement & Safety
     Funds of the I.U.O.E. Local 15 v. Dell-Tech Enterprises, Inc.
     Civil Case No. 07-CIV-6157 (GBD)

Dear Judge Daniels:

Our office represents the Plaintiffs in the above-captioned matte. Enclosed herewith please find a courtesy copy of the Plaintiffs' default judgment motion papers which were filed with the Court today through the ECF System. As a result of the pending motion, we respectfully request that the initial conference scheduled for October 3, 2007 at 9:30 a.m. be canceled.

In the event that you have any questions, kindly contact the undersigned.

Respectfully submitted,

James M. Steinberg (JS-3515)

Encs.
Cc: Mr. Patrick J. Keenan