# BRADY McGUIRE & STEINBERG, P.C.
### ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4293
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net

Direct EMAIL james.steinberg4@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

*ADMITTED IN NEW YORK AND NEW JERSEY

ROBERT D. BRADY
OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007

August 22, 2007

The Honorable George B. Daniels
United States District Court
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED**
The conference is scheduled for
October 3, 2007 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

[AUG 2 7 2007]

Re:   The Annuity, Welfare and Apprenticeship Skill Improvement & Safety
      Funds of the I.U.O.E. Local 15 v. Dell-Tech Enterprises, Inc.
      Civil Case No. 07-CIV-6157 (GBD)

Dear Judge Daniels:

   Our office represents the Plaintiffs in the above-captioned matter. On August 16, 2007, we filed the Plaintiffs' application for a default judgment against Defendant Dell-Tech Enterprises, Inc. On August 21, 2007, we were contacted by Dell-Tech representative Lou Dellaquilla. During the course of the undersigned's conversation with Mr. Dellaquilla, I agreed to withdraw the pending motion so that the parties would have the opportunity to review and revise, if necessary, the scheduled deficiency. Accordingly, I respectfully request that the Plaintiffs' pending motion for a default judgment be withdrawn and that this matter be rescheduled for an initial conference.

   In the event that you have any questions, kindly contact the undersigned.

Respectfully submitted,

*James M. Steinberg*
James M. Steinberg (JS-3515)

Cc:   Mr. Lou Dellaquilla
      Mr. Patrick J. Keenan