**BRADY McGUIRE & STEINBERG, P.C.**
ATTORNEYS-AT-LAW
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706
TELEPHONE NOS. (914) 478-5755 OR (914) 478-4229
TELECOPY NO. (914) 478-4142
EMAIL bms.law@verizon.net

MATTHEW G. McGUIRE*
JAMES M. STEINBERG*

ROBERT D. BRADY
OF COUNSEL

*ADMITTED IN NEW YORK AND NEW JERSEY

Direct EMAIL james.steinberg4@verizon.net

September 28, 2007

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: OCT 0 2 2007*

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
OCT 0 2 2007

Via Overnight Mail

The Honorable George B. Daniels
United States District Court
500 Pearl Street
New York, New York 10007

Re:  The Annuity, Welfare and Apprenticeship Skill Improvement &
     Safety Funds of the IUOE Local 15 v. Dell-Tech Enterprises, Inc.
     Civil Case No. 07-CIV-6157 (GBD)

Dear Judge Daniels:

Our office represents the Plaintiffs in the above-captioned matter. In that the Defendant has satisfied in full the amount demanded in the Complaint, please be advised that the Plaintiffs voluntarily dismiss this action with prejudice as against Defendant Dell-Tech Enterprises, Inc. in accordance with Rule 41(a) of the Federal Rules of Civil Procedure. We respectfully request that you forward this notice to the Clerk's office for filing.

As a result of this amicable resolution, we also request that the initial conference scheduled for October 3, 2007 at 9:30 a.m. be canceled.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ James M. Steinberg*
James M. Steinberg (JS-3515)

Cc:  Dell-Tech Enterprises, Inc. (By Regular Mail)
     Mr. Patrick J. Keenan